# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-1543V
(not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
TINA L. ESKELIN,                    *        November 21, 2017
                                    *
                                    *        Joint Stipulation of Dismissal;
            Petitioner,             *        Rule 21(a); No Judgment; Order
                                    *        Concluding Proceedings
        v.                          *
                                    *
SECRETARY OF HEALTH AND             *
HUMAN SERVICES,                     *
                                    *
            Respondent.             *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS

On November 20, 2017, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master